982 A.2d 1222

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Kamil McFADDEN, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 27, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of October, 2009, the Petition for Allowance of Appeal is hereby **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.